# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| MAGGIE BECKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:21- CV-1166 RLW |
| | ) | |
| CREATIVE CIRCLE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

In accordance with the parties' Stipulation to Dismiss with Prejudice (ECF No. 25),

**IT IS HEREBY ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal of this matter with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(ii).

Each party shall bear her/its own costs.

_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 1st day of December, 2022.